In the Matter of Raymond Clyde, Petitioner, v Brian Fischer, as Commissioner of New York State Department of Correctional Services, Respondent. [853 NYS2d 519]—

Present—Scudder, P.J., Hurlbutt, Smith, Centra and Pine, JJ.